1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                San Francisco Division

11

| | |
|---|---|
| QINGDAO TANG-BUY INTERNATIONAL IMPORT & EXPORT COMPANY, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED SECURED AGENTS, INC., et al.,<br><br>Defendants. | Case No. 3:15-cv-00624-LB<br><br>**ORDER REGARDING CONSENT AND CONTINUING HEARING DATE** |

18      In response to the court's order issued on October 9, 2015, Mr. Reiland filed an update saying

19  "It is believed that all served parties have provided consent to proceed before a magistrate judge."

20  (ECF No. 54 at 2.) The record shows only that Mr. Reiland filed a consent on behalf of Preferred

21  Secured Agents. (*See* ECF No. 12.) The court appreciates that the context (especially given Mr.

22  Reiland's updated statement) suggests his consent, but the court thinks it better for Mr. Reiland to

23  file a separate consent in his individual capacity and asks him to do that no later than October 28,

24  2015. A copy of the consent form is attached for his convenience.

25      Under the circumstances, and for the reasons that Mr. Reiland suggests in his update, the court

26  continues the motion now set for November 5, 2015 to December 3, 2015 at 9:30 a.m. This will

27  allow RBA to file its motion to dismiss and strike. (*See* ECF No. 54 at 2.) The court observes that

28  the due date for that motion (for a December 3, 2015 hearing) is October 29, 2015. Continuing the

ORDER (No. 3:15-cv-00624-LB)

United States District Court
Northern District of California

hearing also will allow Mr. Fang to update the court further about his attempts to serve Mr. Cardinale. (*See* 10/9/1 Order, ECF No. 51; 10/16/15 Update, ECF No. 55.) The court asks for an update by November 12, 2015, which also is the due date for any opposition to a motion filed on October 29, 2015.

   **IT IS SO ORDERED.**

   Dated: October 21, 2015

_____
LAUREL BEELER
United States Magistrate Judge