MARK FANG, ATTORNEY AT LAW, APC
Mark Fang, Esq.; SBN 199073
mfang@markfangapc.com
William G. Short, Esq.; SBN 132479
bshort@markfangapc.com
400 Camarillo Ranch Road, Suite 203
Camarillo, CA 93012
Telephone:  (805) 383-2788
Facsimile:  (805) 388-9488

Attorney for Plaintiff QINGDAO TANG-BUY INT'L IMPORT & EXPORT CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QINGDAO TANG-BUY INTERNATIONAL IMPORT & EXPORT COMPANY, LIMITED, incorporated under the laws of the People's Republic of China (R.O.C.),<br><br>      Plaintiff,<br><br>vs.<br><br>PREFERRED SECURED AGENTS, INC., a California corporation; RETAIL BUSINESS ASSOCIATES, LLC, a California limited liability company; MARK CARDINALE; HAL REILAND;<br><br>      Defendants. | Case No.:  3:15-cv-00624-LB<br><br>**Plaintiff's Application and [PROPOSED] Order for Telephonic Appearance for Case Management Conference**<br><br>Date:  December 1, 2015<br>Time: 11:00 a.m.<br>Location: C, 15th Floor |

   Pursuant to USDC Local Civil Rules 16-10 (a), this shall serve as Plaintiff's counsel's request to participate in the Case Management Conference on December 1, 2015. Plaintiff's counsel's office is located in Camarillo, California (Southern California), and the availability of using CourtCall would reduce unnecessary expenses for Plaintiff.

---

1
Application for Telephonic Appearance

Dated:   November 20, 2015          MARK FANG ATTORNEY AT LAW, APC

By: /  Mark Fang  /
Mark Fang, Esq., Attorney for Plaintiff QINGDAO TANG-BUY INTERNATIONAL IMPORT & EXPORT COMPANY, LIMITED

# [~~Proposed~~ Order]

Having shown good cause, Plaintiff's counsel's request to participate in the December 1, 2015 CMC by telephone is granted.

Signed:_____The Honorable Magistrate Judge Laurel Beeler

Date: November__23__, 2015

**APPROVED**
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
Application for Telephonic Appearance